UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SATYA GURNANI, an individual;<br>Doing business as WATERFRONT LAND CORP.,<br><br>    Plaintiff,<br><br>vs.<br><br>INGRID LOITEN, an individual; MAY DAISY CORPORATION, a corporation organized under the laws of Grand Cayman, and the Officers and Directors of I TRADE FX, LLC, a Florida limited liability company,<br><br>    Defendants. | Case No. 6:11-cv-759-Orl-28KRS |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

 X  IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Steve Palmer and F1 Investments, Inc. v. Ingrid Loiten and May Daisy Corporations, and I Trade FX, LLC, Deutsche Bank Trust Company Americas and Turks & Caicos Banking Co., Ltd.*, Case No. 6:08-cv-1040-ACC-GJK (M.D. Fla. 2008) (This case was previously dismissed by Judge Conway on jurisdictional grounds.)

*Kirk Brackenridge v. Ingrid Loiten, May Daisy Corporation, I Trade FX, LLC, Turks & Caicos Banking Co., Ltd.*, Case No. 6:09-cv-01255-ACC-GJK (M.D. Fla. 2009) (This case was brought by attorney Gibson and was dismissed by Judge Conway because it was never served.)

*Syddie Chin -Sim v. Ingrid Loiten, May Daisy Corporation, I Trade FX, LLC,* Case No. 6:09-cv-1259-ACC-GJK (M.D. Fla. 2009) (This case was brought by attorney Gibson and was dismissed by Judge Conway because it was never served.)

*Barrington Davidson and Angella J. Green v. Ingrid Loiten, May Daisy Corporation, I Trade FX, LLC and Turks & Caicos Banking Co., Ltd.,* Case No. 6:09-cv-01256-ACC-GJK (M.D. Fla. 2009) (This case was brought by attorney Gibson and was dismissed by Judge Conway because it was never served.)

*Peter Andree Wilsonh v. Ingrid Loiten, May Daisy Corporation, I Trade FX, LLC, Turks & Caicos Banking Co., Ltd.*, Case No. 6:09-cv-01257-ACC-GJK (M.D. Fla. 2009) (This case was brought by attorney Gibson and was dismissed by Judge Conway because it was never served.)

*Shaun Wynter v. Ingrid Loiten, May Daisy Corporation and I Trade FX, LLC*, Case No. 6:09-cv-1258-ACC-GJK (M.D. Fla. 2009) (This case was brought by attorney Gibson and was dismissed by Judge Conway because it was never served.)

\_\_\_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Respectfully submitted,

/s/ Bruce B. Blackwell
Bruce B. Blackwell, Lead Counsel
Florida Bar No.: 190808
Taylor F. Ford
Florida Bar No.: 0041008
KING, BLACKWELL, DOWNS & ZEHNDER, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
bblackwell@kbdzlaw.com
tford@kbdzlaw.com
*Counsel for Defendant I Trade FX, LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 20, 2011, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: ***Joseph W. Gibson, Jr., Esq.***, joseph_gibson@bellsouth.net.

/s/ Bruce B. Blackwell
Bruce B. Blackwell, Lead Counsel
Florida Bar No.: 190808