# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SATYA GURNANI,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　**Case No. 6:11-cv-759-Orl-28KRS**

**INGRID LOITEN et al.,**

        **Defendant.**
_____/

# ORDER

This cause is before the Court on a *sua sponte* review of the file. Plaintiff's attorney was advised on May 6, 2011, that he was not a member of this Court and must be readmitted to practice in this Court. (Doc. 3). To date, Mr. Gibson has not taken any steps to be readmitted to this Court. Accordingly, Mr. Gibson shall take the necessary steps to be readmitted to this Court no later than June 10, 2011. Failure of Mr. Gibson to do so, may result in pleadings filed by him in this case being stricken from the record and the case being dismissed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __31st__ day of May, 2011.

Copies furnished to:
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge