UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SATYA GURNANI,

                **Plaintiff,**

-vs-                                                  Case No. 6:11-cv-759-Orl-18KRS

INGRID LOITEN et al.,

                **Defendants.**
_____/

## ORDER

This cause is before the Court on a *sua sponte* review of the file. On May 31, 2011, Plaintiff's attorney, Joseph W. Gibson, Jr., was ordered to take the necessary steps to be readmitted to this Court no later than June 10, 2011.[1] (Doc. 12). Mr. Gibson has failed to do so. Accordingly, the Complaint in this matter is hereby **STRICKEN**. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___ day of June, 2011.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party

---

[1] Mr. Gibson had been advised on May 6, 2011, that he was not a member of this Court and must be readmitted to practice in this Court. (Doc. 3).